UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WANDA MARSHALL AS POWER OF
ATTORNEY OF EDWARD LEE MARSHALL,

                Plaintiff,                25-CV-03839 (JPO) (VF)

        -against-

                                            **ORDER**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      On September 11, 2025, Defendant United States of America answered Plaintiff's Complaint. ECF No. 8. The parties are now directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Tuesday, September 30, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **September 25, 2025**.

      The letter shall be filed via ECF.

      SO ORDERED.

DATED:      New York, New York
                  September 12, 2025

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge