**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WANDA MARSHALL,

                      Plaintiff,

          -against-

UNITED STATES OF AMERICA,

                    Defendant.
-----------------------------------------------------------------X

**25-CV-3839 (JPO) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a joint status update by **January 30, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
            January 23, 2026

                                   _____

                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge