**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WANDA MARSHALL,

                     Plaintiff,              **25-CV-3839 (JPO) (VF)**

        -against-                           **ORDER**

UNITED STATES OF AMERICA,

                    Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

Given the parties' representation in the case management plan that they agree to proceed

with a trial before a U.S. Magistrate Judge (see ECF No. 11 at 5), the parties are directed to

complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's

website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court.

       **SO ORDERED.**

DATED:     New York, New York
             February 6, 2026

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge