**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WANDA MARSHALL,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.
------------------------------------------------------------------X

**25-CV-3839 (JPO) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant filed an answer to Plaintiff's amended complaint on July 1, 2026. ECF No. 34. The parties are directed to meet and confer and file a revised Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **July 24, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **July 24, 2026**.

As previously directed (see ECF No. 24), the parties are directed to file a status update by **August 17, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 6, 2026

VALERIE FIGUEREDO
United States Magistrate Judge