**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

WANDA MARSHALL,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

-----------------------------------------------------------------X

**25-CV-3839 (JPO) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update on the case by **September 11, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 31, 2026

VALERIE FIGUEREDO
United States Magistrate Judge